**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**SEDRICK RUSSELL**
**A.K.A. Cedric Demond Russell** **PETITIONER**

**vs.** **Civil Action No. 3:08-cv-196 HTW-LRA**

**STATE OF MISSISSIPPI** **RESPONDENT**

## FINAL JUDGMENT

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner, Sedrick Russell. This court, having adopted the Report and Recommendation as the order of this court, hereby grants respondent's motion to dismiss and dismisses petitioner's Petition for Writ of Habeas Corpus without prejudice. The above-styled and numbered cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED, this the 29th day of September, 2009.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**